**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BRANDON R. JOHNSON,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:25-cv-0002** |
| | : | |
| **v.** | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **FREDERICK D. BENTON, JR.,** | : | **MAGISTRATE JUDGE PETER B.** |
| | : | **SILVAIN, JR.** |
| **Defendant.** | : | |
| | : | |
| | : | |

**OPINION & ORDER**

This matter comes before the Court on the Magistrate Judge's August 20, 2026 Order and Report and Recommendation (ECF No. 7). The parties were specifically advised of their right to object to the Report and Recommendation within fourteen days and of the consequences of their failure to do so. (ECF No. 7 at 1 n.1, 6). No objection has been filed. Since neither party has objected, and the deadline for such objections has passed, this Court ACCEPTS the Magistrate Judge's Report and Recommendation (ECF No. 7) and ORDERS as follows:

1. Plaintiff's Complaint (ECF No. 6) is **DISMISSED** under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) for failure to state a claim upon which relief can be granted and as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994).
2. This Court **CERTIFIES** under 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith.
3. The Clerk is **DIRECTED** to enter judgment and terminate this case.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: November 18, 2026**